# Third District Court of Appeal

## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D2024-0495
Lower Tribunal No. F91-29205

_____

**Juan J. Delarco,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Juan J. Delarco, in proper person.

Ashley Moody, Attorney General, and Linda S. Katz, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.